UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
Case No. 1:21-cv-280

| | |
|---|---|
| JEREMY SILVERS, <br><br> and <br><br> D.S. (minor child) <br><br> by and through the GUARDIAN AD LITEM, JOY MCIVER, <br><br> Plaintiffs, <br><br> vs. <br><br> CHEROKEE COUNTY; SCOTT LINDSAY both in his individual capacity and official capacity as attorney for Cherokee County Department of Social Services; CINDY PALMER, in both her individual capacity and her official capacity as Director of Cherokee County Department of Social Services, Defendants. | **STIPULATION OF DISMISSAL** |

Pursuant to F.R.Civ. P 41 (a)(1)(A)(ii), the Parties stipulate to the dismissal of this action with prejudice. Each party shall bear their own costs and fees.

Respectfully submitted, this the 13th day April, 2023.

s/David A. Wijewickrama
*Attorney for Plaintiffs*

s/Patrick Flanagan
*Attorney for Scott Lindsay in his individual Capacity*

s/ Mary Euler
*Attorney for Cindy Palmer in her individual Capacity*

s/ Sean Perrin
*Attorney for Cherokee County, Scott Lindsay in his official capacity and Cindy Palmer in her official capacity*